**MTS SYSTEMS CORPORATION, Plaintiff–Appellee,**

v.

**HYSITRON INCORPORATED, Defendant–Appellant.**

No. 2009–1541.

United States Court of Appeals, Federal Circuit.

April 8, 2010.

* Honorable Andrew J. Guilford, District Judge, United Sates District Court for the Central District of California, sitting by designation.

Nicholas S. Boebel, Myers, Boebel & MacLeod L.L.P., of Minneapolis, MN, argued for plaintiff-appellee.

David P. Pearson, Winthrop & Weinstine, P.A., of Minneapolis, MN, argued for defendant-appellant. With him on the brief were Thomas H. Boyd and Brent A. Lorentz.

Before LOURIE, RADER, and GAJARSA, Circuit Judges.

**Judgment**

PER CURIAM.

This CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

AFFIRMED. *See* Fed. Cir. R. 36.